IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KATHY HARTMAN,

Plaintiff,

v.

GIL KLEIN TV AND APPLIANCE INC., *et al.*,

Defendants.

Case No. 21-cv-542 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 1/4/2023**        MONICA A. STUMP, Clerk of Court

                                             **s/Tina Gray, Deputy Clerk**


**Approved:**    *s/J. Phil Gilbert*
                          **J. PHIL GILBERT**
                          **DISTRICT JUDGE**